# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

**REHEARING ACTION: July 26, 2017**

**Docket Number: 16   00990-WCA**

**CATHERINE COBB**
**VERSUS**
**LAFAYETTE PARISH SCHOOL BOARD**

**Appealed from Office of Workers' Compensation - # 4 Case No. 0103123**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. D. Kent Savoie**
   **Hon. Van H. Kyzar**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Catherine Cobb** has this day been

   **DENIED.**

cc: Larry Lane Roy, Counsel for the Appellant
   Catherine Marie Landry, Counsel for the Appellant
   Mandy A. Simon, Counsel for the Appellant